UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ROYALTON McCAMEY,

    Plaintiff,

vs.

SAN FRANCISCO COUNTY JAIL, DR. VIVAS, NURSE LIEGH and CAPTAIN PICOT,

    Defendant.
_____/

No. C 12-1412 PJH (PR)

**ORDER OF DISMISSAL**

    This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address has been returned by the post office as undeliverable. Plaintiff has not provided a current mailing address.

    More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. See Local R. 3-11(b).

    **IT IS SO ORDERED.**

Dated: February 12, 2013.

                                      PHYLLIS J. HAMILTON
                                      United States District Judge

G:\PRO-SE\PJH\CR.12\McCamey1412.dsm.wpd